**TO:** Office Of The Clerk
United States District Court
PO Box 711
Montgomery, AL 36101-0711

RECEIVED
2007 APR -6 A 9:27
P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**FROM:** Frank James Edwards
Reg. No. 11351-002
USP-McCreary
PO Box 3000
Pine Knot, KY 42635

Q: 07CV171-MEF

**RE:** Notice of Address Change; Case Number 2:04CR8-001-F

Dear Clerk of Court

I have a pending motion in regards to the above stated case. And would like to advise you that my institutional address has been changed to the above. Requesting that such be documented for purpose of all legal correspondence.

Thank you.

Sincerely,

*Frank J. Edward*
Frank James Edwards

Name Frank James Edwards
Reg. No. 11351-002    Unit 2A
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, Ky 42635

2:07cv171-MEF

Office of the Clerk
United States District Court
PO Box 711
Montgomery, AL 36101-0711

