IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK JAMES EDWARDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:07cv171-MEF |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before June 27, 2007, the United States Attorney shall (a) show cause why he has failed to file a response addressing the claims in Petitioner's § 2255 motion in compliance with the court's order entered on March 29, 2007 (Doc. No. 4), and (b) file with this court and provide to Petitioner a response addressing the claims in the § 2255 motion.

Done this 5th day of June, 2007.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE