IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANK JAMES EDWARDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:07cv171-MEF |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

**ORDERED** that **on or before September 4, 2007**, the United States Attorney shall **(a)** show cause why he has failed to file a response addressing the claims in Petitioner's § 2255 motion in compliance with the court's orders entered on March 29, 2007 (Doc. No. 4), and June 5, 2007 (Doc. No. 6), and **(b)** file with this court and provide to Petitioner a response addressing the claims in the § 2255 motion.

Done this 20th day of August, 2007.

       /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE