IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK JAMES EDWARDS,        )<br>                             )<br>        Petitioner,           )<br>                             )<br>v                            )<br>                             )<br>UNITED STATES OF AMERICA,   )<br>                             )<br>        Respondent.          ) | Civil Action No. 2:07cv171-MEF<br>(WO) |

**ORDER ON MOTION**

Upon consideration of the "United States' Response to Show Cause Orders," in which the government indicates that it had no notice of the court's previous orders in this case and which contains a *motion for extension of time*, it is

ORDERED that the government's *motion for extension of time* (Doc. No. 8) is GRANTED.  It is further

ORDERED that the government be GRANTED an extension from April 28, 2007, to and including November 5, 2007, to file a response to the petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on March 29, 2007.

Done this 5th day of September, 2007.

           /s/Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE