9/13/07

Inmate Frank J. Edwards #11351-002

To, Office of the Clerk of Record,

Case: 2:07-Cv-00171-MEF-WC

I am sending you a noticing that I have a Change of Addresses now.

My New Addresses Is
  Federal Correctional Institution
  P.O. Box 699
  Estill, SC 29918-0699

The United States Magistrate Judge ordered that on or before September 4, 2007 (a) show cause why he has failed to file a addressing the claims in Petitioner's

Thank you.

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
2007 SEP 17 A 10: 5
RECEIVED

Frank J. Edwards #11351-002
Federal Correctional Institution
P.O. Box 699
Estill, SC 29918-0699

SAVANNAH GA 314
14 SEP 2007 PM 3 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711