IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANK JAMES EDWARDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v | ) | CASE NO. 2:07cv171-MEF |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #15) in this case on June 13, 2008 to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #15) of the Magistrate Judge is ADOPTED; The motion for relief pursuant to 28 U.S.C. § 2255 is DENIED and this case is DISMISSED with prejudice.

DONE this the 3rd day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE